UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEFFREY L. CAMPBELL,

    Plaintiff,

  v.

HAROLD W. CLARKE, *et al.*,

    Defendants.

Case No. C07-5602FDB

ORDER OF DISMISSAL

By letter of November 5, 2007, the Clerk noted certain deficiencies in Plaintiff's civil rights action. Plaintiff was directed to complete the updated Acknowledgment and Authorization form as to the $350.00 filing fee. Plaintiff's response was due December 5, 2007, or the case would be subject to dismissal. Plaintiff has not corrected the deficiencies as directed. ACCORDINGLY,

IT IS ORDERED: This cause of action is DISMISSED for lack of prosecution.

DATED this 18th day of December, 2007.

    FRANKLIN D. BURGESS
    UNITED STATES DISTRICT JUDGE

ORDER - 1