# United States District Court

WESTERN DISTRICT OF WASHINGTON

JEFFREY L. CAMPBELL

      v.

HAROLD W. CLARKE, et al.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5602FDB/JKA

_____     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX      **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1.     This cause of action is DISMISSED for lack of prosecution.

December 18, 2007                    BRUCE RIFKIN
                                                              Clerk

                                                            s/ D. Forbes
                                                         By, Deputy Clerk